**Exhibit A**

**Updated inventory and information**

MOTORCOACHES

OM 1 was sold to a gentleman also in the Cancun area and at the end of the payments he took final possession of the Motorcoach. The bus was sold in the year 2000 for between $60,000 to $70,000. The purchaser made payments of $3500 per month until the unit was fully paid. This money went into the account of the company and a lot of it was sent to Mr. Meicler. Mr. Novoa indicated to Mr. Reznick that he has sent this information to Mr. Meicler at least three times.

OM 2 was involved in accident in Chiapas. It was reconstructed and is in the town of Cardenas in the Cancun area. The gentleman that has it is Alvaro Vidal Palma. It was reconstructed about 2002 as a cost of between $35,000 and $40,000. Mr. Palma provided part of the necessary funds for the reconstruction. He sends money to Mr. Novoa each month. The sales price of this unit should be around the $50,000.

OM 3 was on a lease. At the end of the lease the purchase option was executed and the bus was sold to them.

CITY BUSES

The city bus known as PL 4 is standing at Mr. Novoa's house. This bus still needs some reconstruction work. Mr. Novoa informed Mr. Reznick that the only thing missing for reconstruction on this bus is one mechanical part (I did not receive information on the cost of the part). The sales price depends on the buyer, but may be at $30,000 to $40,000 if the buyer is there.

The city bus known as PL 3 is also standing at Mr. Novoa's house. This bus is completely finished. Again, the value depends on the buyer, but may be at $30,000 to $40,000 if the buyer is there.

The city bus known as PL 2 is standing in a parking lot in the town of Cardenas around the Chiapas area. This bus was sold to Mr. Arturo Ficachi for approximately $40,000. He made only 2 or 3 payments, so the bus was taken away and stopped. The bus is ready to be taken to Mexico City. Again, the value depends on the buyer, but may be at $30,000 to $40,000 if the buyer is there.

The city bus known as PL 1 was working when it had a problem with fire, this bus is standing at this time in the police station in the Cancun area. It has been in police possession for a long time maybe more than 1 or 2 years. It is very hard to asses the value without looking at the bus and the damage done to it by the fire.

According to the documentation I reviewed and the statements of Mr. Reznick, the Dinkara

contracts called for the construction of only 3 motor coaches and 4 city buses.

TOOL INVENTORY:
All located at Mr. Novoa's house purchased for a total of around $10,000.

1 Lincoln 100 welding machine
1 Hand cutting craftsman for metal
4 3/8 drills
2 Riveters
3 Riveters accordion
1 metal cutting tool for gauge 14
1 120 grinder hand held
3 Foam injectors
6 Hammers, metal & plastic
1 Disc cutter
Assorted Clamps
1 working bench
assorted hand held clamps
Assorted english wrenches all sizes
Assorted spanish wrenches all sizes
2 paint guns
4 metal cutting arches
all kinds of metal parts
1 set of windows
Miscellaneous small parts too difficult to count.

## DINKARA LEASING CORPORATION
### Balance Sheet

December 31, 2004

**Assets**

| | | |
|---|---:|---:|
| ACCOUNTS RECEIVABLE-LR | 227,890.00 | |
| BUSES AND EQUIPMENT-MEXICO | 50,000.00 | |
| Total Assets | | 277,890.00 |

**Liabilities**

| | | |
|---|---:|---:|
| NOTE PAYABLE-PROSPERITY BANK | 83,871.10 | |
| NOTE PAYABLE-MURIEL MEICLER | 105,600.00 | |
| NOTE PAYABLE-YOUVAL | 81,600.00 | |
| ACCOUNTS PAYABLE-SC | 28,428.72 | |
| ACCOUNTS PAYABLE-ATTORNEYS FEES | 24,747.89 | |
| ACCOUNTS PAYABLE-MM | 115,898.55 | |
| Total Liabilities | | 440,146.26 |

**Capital**

| | | |
|---|---:|---:|
| COMMON STOCK | 1,000.00 | |
| RETAINED EARNINGS | (163,256.26) | |
| Total Capital | | (162,256.26) |
| Total Liabilities and Capital | | 277,890.00 |

UNAUDITED REPORTS

*Exhibit B*

**Exhibit C**

## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LEONARDO REZNICK | § § | CASE NO. 04-32234-H5-7 |
| MARCEL MEICLER, INDIVIDUALLY, MARCEL MEICLER, TRUSTEE, MURIEL MEICLER, DINKARA LEASING CORPORATION AND SAROSH COLLECTOR | § § § § § § | ADVERSARY NO. 04-03642 |
| V. | § § | |
| LEONARDO REZNICK | § | |

RICT

### AGREED FINAL JUDGMENT

It is ORDERED, ADJUDGED AND DECREED Marcel Meicler, Individually, Marcel Meicler, Trustee, Muriel Meicler, Dinkara Leasing Corporation and Sarosh Collector do have and recover against Defendant, Leonardo Reznick, the total sum of $200,000.00 together with costs expended in this action and for all of which let execution issue.

Defendant Leonardo Reznick agrees and acknowledges that this Judgment shall be and is nondischargable under the provisions of the United States Bankruptcy Code and shall remain in full force and effect according to its terms notwithstanding any discharge which may otherwise have been granted in the captioned proceeding or other proceedings that may be brought now or in the future.

SIGNED on _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE

APPROVED AND AGREED

FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 4100
Houston, Texas 77002
(713) 651-5151 – Telephone
(713) 651-5246 – Telefax
By:   /s/ R. Andrew Black
R. Andrew Black
State Bar No. 02375110
S.D. Tex. No. 09040
ATTORNEY FOR DEFENDANT
LEONARDO REZNICK