IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § | |
| LEONARDO REZNICK | | CASE NO. 04-32234-H5-7 |

| | | |
|---|---|---|
| MARCEL MEICLER, INDIVIDUALLY, | § § § § § § § § § § | |
| MARCEL MEICLER, TRUSTEE, | | |
| MURIEL MEICLER, DINKARA | | |
| LEASING CORPORATION AND | | ADVERSARY NO. 04-03642 |
| SAROSH COLLECTOR | | |
| V. | | |
| LEONARDO REZNICK | | |

Upon consideration of the Joint Motion for Order Approving Compromise of Controversy (the "Motion") filed by Leonardo Reznick ("Reznick") and Marcel Meicler, Individually, Marcel Meicler, Trustee, Muriel Meicler, Dinkara Leasing Corporation and Sarosh Collector (the "Meicler Entities" and/or "Plaintiffs") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, and there being no objection to the Motion, and the Court having reviewed the terms of the proposed settlement by and between the parties with due consideration for the factors set forth in *Protective Committee for Independent Stockholders of TMT Trailer Ferry, Inc. v. Anderson,* 309 U.S. 414 (1968), the Court has determined that the settlement is fair to all creditors and is in the best interest of these estates; it is hereby,

**ORDERED** as follows:

1. The Joint Motion for Order Approving Compromise of Controversy is GRANTED; and

2. That this Court shall retain jurisdiction to hear and resolve any disputes arising from or related to the Motion, the Agreement or this Order, including jurisdiction to enter the Agreed Judgment if requested and authorized by the Agreement

DATED this the ____ day of _____, 2005.

_____
UNITED STATES BANKRUPTCY JUDGE